IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE B. DAVIS,

    Petitioner,                    No. CIV S-08-1033 FCD DAD P

    vs.

A. HEDGPETH, et al.,

    Respondents.                 <u>ORDER</u>

_____/

        Petitioner, a state prisoner at Kern Valley State Prison, is proceeding pro se and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application challenges a prison disciplinary proceeding that took place at the California Men's Colony in San Luis Obispo, California. While both the Fresno Division of the United States District Court for the Eastern District of California where petitioner is presently incarcerated and the United States District Court in the district where petitioner's disciplinary proceeding was conducted have jurisdiction over this action, any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Luis Obispo County.

/////

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2  1. This court has not ruled on petitioner's application to proceed in forma

3  pauperis; and

4  2. This matter is transferred to the United States District Court for the Central

5  District of California. See 28 U.S.C. §§ 1404(a), 1406(a).

6  DATED: May 20, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
davi1033.108